Writ denied. The ruling of the trial judge is correct.

SUMMERS, J., is of the opinion the writ should be granted.

266 So.2d 714

STATE of Louisiana ex rel. Leslie F. WALGAMOTTE

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52823.

Sept. 29, 1972.

Writ denied. The showing made does not warrant the exercise of this Court's supervisory jurisdiction. We cannot review the action of the trial judge at the hearing in the trial court on the application for habeas. Applicant does not attach the transcript of that hearing and he makes no showing that an effort has been made to obtain that transcript.

BARHAM, J., is of the opinion the writ should be granted.